IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEOV KEO,** : | |
|    Petitioner : | |
| : | No. 1:20-cv-01984 |
| v. : | |
| : | (Judge Kane) |
| **WARDEN CLAIR DOLL,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 16th day of December 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **GRANTED** to the extent Petitioner seeks an individualized bond hearing before an immigration judge, pursuant to Guerrero-Sanchez v. Warden York County Prison, 905 F.3d 208 (3d Cir. 2018), to review his continued detention pursuant to 8 U.S.C. § 1231(a);

2. Petitioner shall be afforded an individualized bond hearing before an immigration judge within twenty-one (21) days of the date of this Order; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania